William H Thrush , Jr.
Maryland Atty. Id. No. 12447
Weinstock Friedman and Friedman PA
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
Phone: 410-559-9000
Fax: 410-559-9009
Email: wht@weinstocklegal.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| WILLIAM DOUGLAS CAMPBELL and | : |
| SIGMA TRANSNATIONAL INC., | : |
| Plaintiffs, | : Case No. 1:16-cv-01888-MJG |
| v. | : |
| VADIM MIKERIN, | : |
| TRANSPORT LOGISTICS INTERNATIONAL, INC., | : |
| DAREN CONDREY, and | : |
| JOHN DOES 1 THROUGH 15, | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF THE COURT:

No answer or motion for summary judgment having been filed in the above-captioned case, kindly dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

119200615_1

          Respectfully submitted,

          /s/
          William H Thrush , Jr.
          Maryland Atty. Id. No. 12447
          Weinstock Friedman and Friedman PA
          4 Reservoir Circle Suite 200
          Baltimore, MD 21208
          Phone: 410-559-9000
          Fax: 410-559-9009
          Email: wht@weinstocklegal.com
          *Attorneys for Plaintiffs*

Dated:  August 4, 2016

William H Thrush , Jr.
Maryland Atty. Id. No. 12447
Weinstock Friedman and Friedman PA
4 Reservoir Circle Suite 200
Baltimore, MD 21208
Phone: 410-559-9000
Fax: 410-559-9009
Email: wht@weinstocklegal.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DOUGLAS CAMPBELL and | : |
| SIGMA TRANSNATIONAL INC., | : |
| Plaintiffs, | : Case No. 1:16-cv-01888-MJG |
| v. | : |
| VADIM MIKERIN, | : |
| TRANSPORT LOGISTICS INTERNATIONAL, INC., | : |
| DAREN CONDREY, and | : |
| JOHN DOES 1 THROUGH 15, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically on August 4, 2016. Contemporaneous notice of this filing was served via ECF upon all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the

119200615_1

foregoing statements made by me are willfully false, I am subject to punishment for contempt.

                                            Respectfully submitted,

                                            /s/
                                            William H Thrush , Jr.
                                            Maryland Atty. Id. No. 12447
                                            Weinstock Friedman and Friedman PA
                                            4 Reservoir Circle Suite 200
                                            Baltimore, MD 21208
                                            Phone: 410-559-9000
                                            Fax: 410-559-9009
                                            Email: wht@weinstocklegal.com
                                            *Attorneys for Plaintiffs*

Dated:  August 4, 2016

119200615_1